

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00274-CV

**IN RE** Aaron H. **MARTINEZ**

Original Proceeding[1]

PER CURIAM

Sitting:     Irene Rios, Justice
            Adrian A. Spears II, Justice
            Velia J. Meza, Justice

Delivered and Filed: May 21, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On May 1, 2025, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for emergency stay is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024-CI-08342, styled *Virginia Martinez vs. Aaron H. Martinez & San Juana Amparo Martinez*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.